UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

ROBERT L. MARTIN, JR.  CASE NO. 12-50109
KRISTIN MARTIN  CHAPTER 7

      DEBTORS

**ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY**

Robert L. Martin, Jr. and Kristin Martin (the "Debtors") having filed a Motion to Redeem Personal Property (the "Motion") seeking an order permitting Debtors to redeem a monitor, computer, and printer, a video game system, and a television (the "Personal Property") from a lien (the "Lien") securing a dischargeable consumer debt; and it appearing that proper notice of said Motion was given; and it further appearing that no objection having been filed or any timely objections having been overruled, and the Court having reviewed the record and being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED.

2.    The Debtors are authorized to redeem the Personal Property from the Lien of HSBC Bank Nevada, N.A. (the "Creditor") by paying the sum of $500.00 (the "Payment") to the Creditor, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712 within thirty (30) days of entry of this Order.  Upon payment by Debtors as provided herein, the Lien on the Personal Property shall be deemed, satisfied, released and of no further effect.

TENDERED BY:

DELCOTTO LAW GROUP PLLC

/s/  Amelia Martin Adams, Esq.
KY Bar No. 93038
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
aadams@dlgfirm.com
COUNSEL FOR DEBTORS

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

HSBC Bank Nevada, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

\Pleadings\Redeem Order 20130529.doc

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, June 18, 2013
(grs)**